IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES E. GUEST, III,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant | Civil No. CV-05-3032-CI<br><br>ORDER GRANTING JOINT<br>MOTION TO REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplement Security Income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will:

- Further evaluate the medical and opinion evidence of record and explain the weight given to such evidence; and

- Clarify and specify Plaintiff's mental residual functional capacity and provide rationale explaining the evidentiary basis for Plaintiff's physical and mental restrictions found during the periods at issue to this case.

This case is remanded pursuant to sentence four of 42 U.S.C. §405(g).

DATED this <u>24TH</u> day of <u>October</u>, 2005.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2272
FAX: (206) 615-2531
stephanie.martz@ssa.gov