UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES E. GUEST, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. CV-05-3032-CI |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | **JUDGMENT IN A** |
| Commissioner of Social Security, | ) | **CIVIL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Based upon the stipulation of the parties, the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplement Security Income under Title XVI of the Social Security Act is REVERSED AND REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this   24th  day of  October, 2005.

             JAMES R. LARSEN
             District Court Executive/Clerk


           by: _s/Linda Emerson_____
             Deputy Clerk

cc: all counsel